UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALI MOSHIR,

                Plaintiff,

-against-

I.G.P.P. U.S.A. INC.,

                Defendant.

1:23-CV-9902 (LTS)

BAR ORDER UNDER
28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff filed this action *pro se*. By order dated January 2, 2024, the Court dismissed this action as frivolous and, because of Plaintiff's litigation history in this court, the Court also directed Plaintiff to show cause, by declaration, within 30 days of the date of that order, as to why the Court should not bar Plaintiff from filing any future civil action in this court *in forma pauperis* ("IFP") without leave of the court to file. Plaintiff filed a response on January 8, 2024; he uses a complaint form to respond, his response is indecipherable, and he does not provide any substantive response to the Court's January 2, 2024 order. Accordingly, the Court issues the abovementioned filing injunction.

## CONCLUSION

    The Court hereby bars Plaintiff from filing any future civil action in this court IFP without leave of the court to file. *See* 28 U.S.C. § 1651. Plaintiff must attach a copy of his proposed complaint and a copy of this order to any motion seeking leave to file. The motion must be filed with the court's Pro Se Intake Unit. If Plaintiff violates this order and files an action without filing a motion for leave to file, the action will be dismissed for failure to comply with this order. Plaintiff is further warned that the continued submission of frivolous documents may result in the imposition of additional sanctions, including monetary penalties. *See id.*

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to close this action by entering a judgment dismissing this action pursuant to the Court's January 2, 2024 order. *See* 28 U.S.C. § 1915(e)(2)(B)(i).

The Court also directs the Clerk of Court to provide a copy of this order and appeal instructions to Plaintiff should he appear, in person, at the court's Pro Se Intake Unit's window.

SO ORDERED.

Dated:   January 25, 2024
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge