UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALI MOSHIR,<br><br>                              Plaintiff,<br><br>           -against-<br><br>I.G.P.P. U.S.A. INC.,<br><br>                              Defendant. | 1:23-CV-9902 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the January 2, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 25, 2024
             New York, New York

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          Chief United States District Judge